**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

CURTIS WALTER ROBERT HARRELL,
et al.,                                                                         Bankruptcy Case No. 03-1070-F1

          Debtors.

_____

REGIONS BANK, INC.,

          Appellant,

vs.                                                                                     Case No. 3:05-cv-313-J-32

CURTIS WALTER ROBERT HARRELL,
et al.,

          Appellees.

_____

## **ORDER**

Regions Bank, Inc. ("Regions Bank"), an unsecured creditor in the chapter 11 bankruptcy below, appeals the bankruptcy court's February 16, 2005 order, findings of fact, and conclusions of law denying Regions Bank's motion to allow a late claim (Docs. 1-29 & 1-30.). Regions Bank takes issue with the bankruptcy court's due process and excusable neglect determinations.[1]

---

[1] The bankruptcy proceeding is well detailed in the bankruptcy court's findings of fact and conclusions of law found at In re Harrell, 325 B.R. 643 (Bankr. M.D. Fla. 2005). The Court does not see a reason to repeat the details here.

As a "court of review," this Court examines the bankruptcy court's factual findings under the clearly erroneous standard, its legal conclusions under the de novo standard, and its equitable determinations under the abuse of discretion standard.  See In re Club Assocs., 951 F.2d 1223, 1228 (11th Cir. 1992)(explaining and applying clearly erroneous and de novo standards); Advanced Estimating Sys., Inc. v. Riney, 130 F.3d 996, 997 (11th Cir. 1997)(explaining and applying abuse of discretion standard); see also Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship, 507 U.S. 380, 395, 398-99 (explaining that excusable neglect determination in context of late filed claim is an equitable one and detailing circumstances under which bankruptcy court would not have abused its discretion in declining to find excusable neglect).

The Court has considered carefully the bankruptcy court's findings of fact and conclusions of law, the rest of the record on appeal, the parties' briefs, and the oral argument presented on October 3, 2005, the transcript of which is incorporated herein.  The Court finds that the bankruptcy court's factual findings are not clearly erroneous, that its legal conclusions are correct, and that it did not abuse its discretion in determining that Regions Bank's failure to timely file a claim did not constitute excusable neglect.  Accordingly, it is hereby **ORDERED:**

1.The bankruptcy court's order dated February 16, 2005 (Doc. 1-30) is **AFFIRMED**.  The Clerk is directed to transmit a certified copy of this Order and

the judgment to the clerk of the bankruptcy court, and close the file.

      2.      Appellees' Motion to Dismiss Appeal (Doc. 22) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, on October 12, 2005.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

p.

Copies to:

The Honorable Jerry A. Funk, United States Bankruptcy Judge
Counsel of record